### HENLEY v. MOORE, Warden.
### No. 14252.

United States Court of Appeals
Fifth Circuit.

Nov. 18, 1952.

John Henley, in propria persona.

Willis E Gresham, Asst. Atty. Gen. of Texas, for appellee.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying a petition for habeas corpus seeking relief from custody under state process. The district judge having declined to issue a certificate of probable cause, the judges of this court have carefully examined the record to determine whether the appeal has enough merit to justify the issuance by them of such a certificate. Finding that it has not, they decline to issue the certificate, and, on the motion of appellee, the appeal is dismissed for want of jurisdiction. Cf. Harris v. Ellis, 5 Cir., 194 F.2d 604, and Seymour v. Ellis, 5 Cir., 196 F.2d 495.